# EXHIBIT 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-094**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Summer geometric seamless pattern

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 04, 2017
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061037

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-815**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Abstract tropical leaves, grunge leopard camouflage spots background

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 11, 2020
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061012

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-814**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Abstract watercolor animal skull and geometric ornament seamless pattern

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 22, 2016
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
**Author Created:** 2-D artwork
**Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061013

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-953**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Watercolor hen and rooster with sunflowers pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 14, 2015
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061050

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-467-129**

**Effective Date of Registration:**
June 10, 2025

**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Modern continuous one line art in cubism style with geometric shapes

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 07, 2019
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061033

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-151**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Labrador retriever puppy seamless pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 24, 2015
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061032

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-364**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Watercolor tropical leaves seamless pattern

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 18, 2017
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061070

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-820**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Abstract summer seamless pattern

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 25, 2017
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061010

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-122**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Natural watercolor seamless pattern

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 07, 2017
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061034

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-090**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Triangles with butterfly and marble grunge textures

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 28, 2016
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061038

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-361**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Watercolor tropical leaves and palm trees in geometric shapes seamless pattern II

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 16, 2017
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-467-355**

**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Abstract fairy tale background with magic bottle and firefly

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 26, 2016
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061003

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-152**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Funky bold rainbow print in pastel colors

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** June 13, 2022
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061031

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-075**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Watercolor briar flowers and butterfly seamless pattern

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 30, 2016
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061042

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-467-365**

**Effective Date of Registration:**
June 10, 2025

**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Watercolor tropical leaves and palm trees in geometric shapes seamless pattern

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 08, 2017
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061068

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-809**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Animal skull with dream cather and butterfly II

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 08, 2016
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061018

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-816**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Abstract watercolor seamless pattern with hand painted rainbows

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 30, 2019
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061014

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-812**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Colorful decorative pineapples with watercolor texture, doodles drawings, abstract geometric elements

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 28, 2018
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-099**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Palm trees and leaves painting, doodles, grunge and watercolour textures in squares

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 15, 2017
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025

---

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-934**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Watercolor exotic flowers, palm leaves, grunge textures, doodles

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 01, 2017
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061048

**Correspondence:** Yes


SUM
MER

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-964**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Watercolor human skull in trendy glasses and wreath with flowers and feathers wrapping head

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 20, 2016
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025

**Applicant's Tracking Number:** TS2025061051

---

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-969**
**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Watercolor jewellery with sea shells, beads, feathers seamless pattern

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 20, 2016
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Tetiana Syrytsyna
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Tetiana Syrytsyna
Bortsiv za Nezalezhnist (1st Prodolna) Street, 18, Sumy, 40013, Ukraine

## Rights and Permissions

**Name:** Tetiana Syrytsyna
**Email:** tianatena@gmail.com
**Address:** Bortsiv za Nezalezhnist (1st Prodolna) Street, 18
Sumy 40013 Ukraine

## Certification

**Name:** David Denholm
**Date:** June 10, 2025
**Applicant's Tracking Number:** TS2025061053

**Correspondence:** Yes

